UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VICTORIA LEANN FUENTES,<br><br>　　　　　Defendant. | Case No. 1:20-CR-00016-BLW<br><br>**REPORT AND**<br>**RECOMMENDATION** |

　　　　On October 6, 2020, Defendant Victoria Leann Fuentes appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement. The Defendant executed a waiver of the right to have the presiding United States District Judge take her change of plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the Indictment (Dkt. 1), the maximum penalties applicable, her Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed.

　　　　The Court, having conducted the change of plea hearing and having inquired of the Defendant, counsel, and the government, finds there is a factual basis for the Defendant's guilty plea, that she entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States

REPORT AND RECOMMENDATION - 1

Probation Office.

Because the offense to which Defendant entered her guilty plea is an offense in a case described in subparagraph (C) of subsection (f)(1) of Section 3142 in Title 18 of the United States Code, subjecting Defendant to detention upon a finding of guilt under Section 3143(a)(2), the undersigned considered whether, under Section 3145(c), exceptional reasons were clearly shown as to why Defendant's detention pending imposition of sentencing would not be appropriate.

In this case, the Government initially moved for detention. (Dkt. 4.) Defendant waived a detention hearing and on February 12, 2020, the Court ordered Defendant detained. (Dkt. 11, 12.) On April 14, 2020, Defendant filed an unopposed motion for release based on circumstances due to the coronavirus (COVID-19) pandemic and her underling health condition, COPD, which places her at a higher risk of illness were she to contract COVID-19. (Dkt. 16.) Defendant also presented a pretrial release plan which was approved by pretrial services.

On May 8, 2020, the Defendant's motion was granted and an Order setting conditions of release was entered. (Dkt. 17, 18.) Defendant has complied with the conditions of pretrial release including maintaining a stable residence, submitting to drug testing, and participating in substance abuse treatment. (Dkt. 26.) The Pretrial Services Officer and the parties agree Defendant should be continued on release pending sentencing upon the same conditions previously imposed.

Having consideration of the totality of the circumstances presented in this case,

including the conditions of release, Defendant's compliance with her pretrial release, and Defendant's particular health concerns, and upon finding Defendant is exceptionally unlikely to flee or cause a danger to the community if release is continued, the Court recommends Defendant's release be continued.

Further, the nature of the ongoing pandemic, which prompted Defendant's pretrial release, compels against adding to the jail population unnecessarily. Although that consideration was not anticipated at the time the Bail Reform Act was enacted, it presents an additional reason for finding Defendant's release is warranted in this case.

For all of these reasons, the Court finds that exceptional reasons have been clearly shown by Defendant that detention pending imposition of sentencing would not be appropriate.

## RECOMMENDATION

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1) The District Court accept Defendant Victoria Leann Fuentes's plea of guilty to Count One of the Indictment (Dkt. 1).

2) The District Court order forfeiture consistent with Defendant Victoria Leann Fuentes's admission to the Criminal Forfeiture allegation in the Indictment (Dkt. 1).

3) The District Court continue Defendant's release pending sentencing, subject to the standard and additional conditions of release previously imposed in the Order Setting Conditions of Release (Dkt. 18).

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: October 6, 2020

*(signature)*
CANDY WAGAHOFF DALE
U.S. MAGISTRATE JUDGE